**IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND**
Civil Division

| | |
|---|---|
| **CHERYL B. MASTERSON** )<br>19911 Ranger Lane )<br>Huntington Beach, CA 92646 )<br>  )<br>                    Plaintiff, )<br>v. )<br>  )<br>**FUJI MOUNTAIN STEAKHOUSE, INC.** )<br>4237 Branch Avenue )<br>Temple Hills, MD 20748 )<br>  )<br>    **Serve On Resident Agent:** )<br>    **Yi Qing Zhang** )<br>    **4237 Branch Avenue** )<br>    **Temple Hills, MD 20748** )<br>  )<br>                    Defendant. ) | Case No.: |

## COMPLAINT

COMES NOW Plaintiff, Cheryl B. Masterson, by and through her attorneys, Stephen N. Caramenico, Esq., and Malloy Law Offices, LLC., sues Defendant, Fuji Mountain Steakhouse, Inc. (*hereinafter* "Fuji Mountain Steakhouse"), and for cause states:

## PARTIES

1. Plaintiff, Cheryl B. Masterson, is an adult resident of Huntington Beach, California.

2. Defendant, Fuji Mountain Steakhouse's, principle office is in Prince George's County, Maryland and it conducts business in Prince George's County, Maryland.

3. At all relevant times, Defendant, Fuji Mountain Steakhouse, operated a restaurant located at: 4237 Branch Avenue, Temple Hills, MD 20748 (*hereinafter* "the premises").

1

## JURISDICTION AND VENUE

4. Jurisdiction is proper in this Court pursuant to Maryland Courts and Judicial Proceedings Code Ann. §6-102 (1976).

5. Venue is proper in this judicial district and division pursuant to Maryland Courts and Judicial Proceedings Code Ann. §6-201 (2006).

## COUNT I
### (Negligence - Fuji Mountain Steakhouse)

6. On or about May 5, 2018, Plaintiff was sitting at a table dinning with a family member at the premises.

7. Suddenly without warning, as a Plaintiff attempted to stand up, the chair she was sitting on collapsed and a sharp metal object punctured her buttock, causing her to sustain significant injuries.

8. At all times relevant, Plaintiff was an invitee on Defendant's premises.

9. Defendant, Fuji Mountain Steakhouse, owed a duty to Plaintiff and to other invitees to protect them from any unreasonable dangers on the premises and/or warn them of such dangers.

10. Defendant, Fuji Mountain Steakhouse, breached said duty owed to Plaintiff by (a) failing to maintain the premises free of hazards; (b) failing to maintain a structurally stable chair for its customers at the premise; (c) failing to prevent sharp objects from contacting its customers while utilizing their dining facilities and equipment; (d) failing to maintain all equipment at the premises; and/or (e) by failing to warn Plaintiff of the hazard and dangerous condition at the premises.

11. As a result of Defendant's negligence as set forth above and the resultant fall, Plaintiff was caused to suffer and sustain severe and painful injuries to her head, body and limbs, and was caused to suffer shock to her nerves and nervous system as well as mental anguish and was, is and will be otherwise hurt and injured.

12. As a further direct result of Defendant's negligence, Plaintiff was caused to incur medical bills for the care and requisite treatment of her injuries.

13. As a further direct result of Defendant's negligence, Plaintiff was forced to lose time from work with the resultant loss of income.

14. That all of Plaintiff's injuries, losses and damages, past, present and prospective, are due to and by reason of the negligence, carelessness and recklessness of Defendant, Fuji Mountain Steakhouse, with no lack of due care or negligence on the part of Plaintiff contributing thereto directly or indirectly.

15. At all times relevant hereto Plaintiff was exercising due care for her own safety.

WHEREFORE, Plaintiff, Cheryl B. Masterson, claims a sum in excess of Seventy Five Thousand Dollars ($75,000.00) as damages against Defendant, Fuji Mountain Steakhouse.

Respectfully submitted,

Stephen N. Caramenico, Esq. (011778)
#1112130152
Malloy Law Offices, LLC
7910 Woodmont Avenue, Suite 1250
Bethesda, MD 20814
T: (202) 464-0727
F: (888) 607-8691
Stephen@malloy-law.com
*Attorney for Plaintiff*

3

IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND
Civil Division

| | |
|---|---|
| CHERYL B. MASTERSON<br>19911 Ranger Lane<br>Huntington Beach, CA 92646<br><br>        Plaintiff,<br>v.<br><br>FUJI MOUNTAIN STEAKHOUSE, INC.<br>4237 Branch Avenue<br>Temple Hills, MD 20748<br><br>    Serve On Resident Agent:<br>    Yi Qing Zhang<br>    4237 Branch Avenue<br>    Temple Hills, MD 20748<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  Case No.:<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JURY DEMAND

Plaintiff demands trial by jury on all issues so triable.

Respectfully submitted,

*/s/ signature*

Stephen N. Caramenico, Esq. (011778)
#1112130152
Malloy Law Offices, LLC
7910 Woodmont Avenue, Suite 1250
Bethesda, MD 20814
T: (202) 464-0727
F: (888) 607-8691
Stephen@malloy-law.com
*Attorney for Plaintiff*

4